**EXHIBIT 2**: INFRINGEMENT #1
URL: https://www.facebook.com/watch/?v=1105979780333676



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.facebook.com/watch/?v=991932494762481

