Case 3:24-cv-00003   Document 16   Filed on 12/12/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| VIRAL DRM, LLC, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § § | 3:24-cv-3 |
| FRIENDLY CHEVROLET, LTD., *et al.*, | | |
| Defendants. | | |

## **ORDER GRANTING CONDITIONAL DISMISSAL**

The parties have advised the court that they have reached a settlement. Dkt. 15. Accordingly, the court orders that all claims against the defendants in the above-styled case are dismissed with prejudice to refiling, unless a party represents in a writing filed with the court on or before Friday, February 14, 2025, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Friday, February 14, 2025.

Signed on Galveston Island this 12th day of December, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE