**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **VIRAL DRM, LLC,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 3:24-cv-00003** |
| | § | **JURY** |
| **FRIENDLY CHEVROLET, LTD. AND** | § | |
| **BAILEY ADVENTURES, LTD.** | § | |
| **D/B/A MARKET DOCTORS,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

---

## NOTICE OF FULL SETTLEMENT

---

**TO THE HONORABLE JEFFREY V. BROWN (U.S.D.J)**

**COME NOW,** Plaintiff Viral DRM, LLC and Defendant Friendly Chevrolet, Ltd (collectively the "Parties") respectfully notify the Court that they have reached a full and final settlement in this matter, and all conditions of the settlement have been met. Defendant Bailey Adventures, Ltd., having failed to appear and remaining in default, will be dismissed as part of the proposed settlement.

In light of this resolution, the Parties respectfully requests that the Court convert the conditional dismissal to a final judgment and dispose of this case accordingly.

Respectfully submitted,

By: _____

**H. PEYTON INGE IV**
Texas Bar No. 24053279
pinge@kaktxlaw.com
e-service@kaktxlaw.com

 **KERSHAW ANDERSON KING, PLLC**
**WHEN IT MATTERS**

12400 Coit Road, Suite 800
Dallas, Texas 75251
(214) 347-4993 – Telephone
(214) 615-7361 – Facsimile

**ATTORNEY FOR DEFENDANT**
**FRIENDLY CHEVROLET, LTD**

**BY:** _____

**JAMES H. FREEMAN**
NY Bar #4001533
jfreeman@sanderslaw.group
Direct #: 516-203-7617

**SANDERS LAW GROUP**
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Tel: 516-203-7600

**ATTORNEY FOR PLAINTIFF**
**VIRAL DRM, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was forwarded for electronic filing and service upon all counsel of record via the Court's e-service on February 3, 2025.

_____

**H. PEYTON INGE IV**