United States District Court
Southern District of Texas
**ENTERED**
February 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| VIRAL DRM, LLC, | § § § § | |
| Plaintiff, | | |
| VS. | § § § | 3:24-cv-3 |
| FRIENDLY CHEVROLET, LTD., *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On December 12, 2025, the court ordered that this case be dismissed with prejudice, unless either party informed the court before February 14, 2025, that the settlement could not be completely documented. Dkt. 16.

On February 3, 2025, the parties jointly represented that all remaining claims were settled and moved for entry of an order dismissing the case with prejudice. Dkt. 17.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendants in the above-captioned and numbered lawsuit are **DISMISSED WITH PREJUDICE** to refiling pursuant to Fed. R. Civ. P. 41(a)(2).

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 4th day of February, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE